Filed 9/25/23  P. v. Lyons CA3

## NOT TO BE PUBLISHED

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Sacramento)

----

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>  v.<br><br>WILLIE CARL LYONS,<br><br>    Defendant and Appellant. | C097768<br><br>(Super. Ct. No. 87151) |

Defendant Willie Carl Lyons appeals the trial court's denial of his petition for resentencing under Penal Code section 1172.6.[1]  Appellate counsel filed a brief raising no arguable issues under *People v. Wende* (1979) 25 Cal.3d 436, and requesting we exercise our discretion to review the entire record for arguable issues on appeal.

---

[1] Defendant petitioned for resentencing under former Penal Code section 1170.95. Effective June 30, 2022, the Legislature renumbered former Penal Code section 1170.95 as section 1172.6 without substantive changes.  (Stats. 2022, ch. 58, § 10.)

1

On July 5, 2023, this court notified defendant: (1) appellate counsel had filed an appellate brief stating counsel's review of the record did not identify any arguable issues; (2) as a case arising from an order denying postconviction relief, defendant was not constitutionally entitled to counsel or to an independent review of the record; (3) in accordance with the procedures set forth in *People v. Delgadillo* (2022) 14 Cal.5th 216, defendant had 30 days to file a supplemental brief or letter raising any argument defendant wanted this court to consider; and (4) if this court did not receive a letter or brief within that 30-day period, we may dismiss the appeal as abandoned. More than 30 days have elapsed, and we have received no communication from defendant.

We consider defendant's appeal abandoned and order the appeal dismissed. (*People v. Delgadillo, supra*, 14 Cal.5th at p. 232.)

## DISPOSITION

The appeal is dismissed.

/S/

RENNER, J.

We concur:

/S/

DUARTE, Acting P. J.

/S/

WISEMAN, J.*

---

* Retired Associate Justice of the Court of Appeal, Fifth Appellate District, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.